Vermont Superior Court
Filed 06/25/26
Bennington Unit

VERMONT SUPERIOR COURT
Bennington Unit
207 South St
Bennington VT 05201
802-447-2700
www.vermontjudiciary.org

CIVIL DIVISION
Case No. 26-CV-03094

**Samantha Grout v. Wells Fargo Bank N.A., et al**

# ENTRY REGARDING MOTION

Title: Motion for Prejudgment Attachment; Plaintiff's Affidavit and Memorandum of Law in Support of Temporary Restraints and Order to Show Cause for Preliminary Injunction; PLF NOTICE OF CORRECTION OF CITATION (Motion: 1; 2; )
Filer: Samantha Grout; Samantha Grout; Samantha Grout
Filed Date: May 28, 2026; May 28, 2026; June 22, 2026

Plaintiff Samantha Grout has filed a Notice of Correction of Citation.

The filing is unsigned. V.R.C.P. 11 requires all filings to be signed.

Plaintiff may resubmit a signed copy of the filing within 7 days of the date of this order.

**Signed electronically June 24, 2026 pursuant to V.R.E.F 9(d).**

**David Barra**
**Superior Court Judge**